\*\*E-Filed 9/28/07\*\*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NAVEEN KUMAR JAIN,<br><br>            Plaintiff,<br><br>       v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>            Defendants. | Case Number C 07-4601 JF (PVT)<br><br>ORDER TO SHOW CAUSE<br><br>[re: doc. no. 1] |

    Plaintiff Navine Kumar Jain brings this suit pursuant to 8 U.S.C. § 1447(b), alleging excessive delay in the processing of his application for naturalization.

    An applicant for citizenship must meet various statutory requirements, including sufficient periods of residency and physical presence and "good moral character." 8 U.S.C. § 1427. In determining whether an applicant meets these requirements, the Attorney General or his designee may conduct both a "personal investigation" and an "examination" of the applicant. *See* 8 U.S.C. §§ 1443(a), 1446(a)-(b). This process includes a criminal background check by the Federal Bureau of Investigation. *Khelifa v. Chertoff*, 433 F. Supp. 2d 836, 838-39 (E.D. Mich. 2006). If a decision to grant or deny an application for naturalization is not made "before the end of the 120-day period after the date on which the examination is conducted," the applicant may

1  file suit in the United States District Court for the district in which the applicant resides. 8
2  U.S.C. § 1447(b). "Such court has jurisdiction over the matter and may either determine the
3  matter or remand the matter, with appropriate instructions, to the Service to determine the
4  matter." *Id.*

5      Plaintiff alleges that his examination took place on December 6, 2005 and that a decision
6  on his application was not made within 120 days thereafter. Plaintiff requests that this Court
7  exercise its authority to adjudicate the application or to remand to Defendants with instructions to
8  process the application immediately.

9      The Clerk of the Court shall serve a copy of Plaintiff's complaint and this Order on
10  counsel for Defendants. Defendants are hereby ordered to SHOW CAUSE, in writing and within
11  sixty (60) days, why Plaintiff's request should not be granted. Plaintiff may file a response
12  within twenty (20) days after receipt of Defendants' filing. The matter thereafter will be taken
13  under submission without oral argument unless the parties otherwise are notified by the Court.

15      IT IS SO ORDERED.

18  DATED: September 28, 2007

                                                                   JEREMY FOGEL
                                                                   United States District Judge

Case No. C 06-7838 JF (PVT)
ORDER TO SHOW CAUSE
(JFLC3)

A Copy of the Order was mailed to:

Naveen Kumar Jain
767 Springwood Drive
San Jose, CA   95129

Case No. C 06-7838 JF (PVT)
ORDER TO SHOW CAUSE
(JFLC3)