SCOTT N. SCHOOLS, SC SBN 9990  *efiled 11/26/07
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVEEN KUMAR JAIN, | ) No. C 07-4601 JF |
| Plaintiff, | ) **STIPULATION TO EXTEND** |
| | ) **DEFENDANTS' RESPONSE TO THE** |
| v. | ) **COURT'S ORDER TO SHOW CAUSE** |
| | ) and [PROPOSED] ORDER |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; *et al.*, | ) |
| Defendants. | ) |

  Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of the due dates of the parties' responses to the Court's September 28, 2007 Order to Show Cause for the following reasons:

  1. Plaintiff filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS) on July 11, 2005.

  2. The FBI completed Plaintiff's name check.

  3. USCIS has scheduled the Plaintiff to update his fingerprints on November 23, 2007.

  4. The parties believe this matter can be administratively resolved after Plaintiff completes the required biometrics. Therefore, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stip. to Extend Time
C07-4601 JF                             1

| | | |
|---|---|---|
| 1 | Last day for Defendants to file a response to the OSC | December 7, 2007 |
| 2 | Last day for Plaintiff to file a response | December 27, 2007 |

Should the matter resolve administratively, the parties will promptly file a stipulation to dismiss this action.

Date: November 16, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: November 16, 2007

See faxed signature
NAVEEN KUMAR JAIN
Pro se

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/21/07

JEREMY FOGEL
United States District Judge

Stip. to Extend Time
C07-4601 JF                                  2

| | | |
|---|---|---|
| 1 | Last day for Defendants to file a response to the OSC | December 7, 2007 |
| 2 | Last day for Plaintiff to file a response | December 27, 2007 |

3  Should the matter resolve administratively, the parties will promptly file a stipulation to
4  dismiss this action.

5  Date: November 16, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: November 16, 2007

/s/ Naveen
_____
NAVEEN KUMAR JAIN
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
JEREMY FOGEL
United States District Judge

Stip. to Extend Time
C07-4601 JF

2

# CERTIFICATE OF SERVICE

### Jain v. Chertoff, et al.
### C 07-4601 JF

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Stipulation to Extend Defendants' Response to the Court's Order to Show Cause and Proposed Order**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

  X    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

  ___  CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

  ___  PERSONAL SERVICE (BY MESSENGER)

  ___  FEDERAL EXPRESS via Priority Overnight

  ___  EMAIL

  ___  FACSIMILE (FAX)

to the party(ies) addressed as follows:

Naveen Jain, Pro Se
787 Springwood Drive
San Jose, CA 95129
PH: 408.865.1050 Cell: 408.806.8694
Email: njain@yahoo.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this November 19, 2007 at San Francisco, California.

　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　LILY HO-VUONG
　　　　　　　　　　　　　　　　　　Legal Assistant