SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVEEN KUMAR JAIN, | No. C 07-4601 JF |
| Plaintiff, | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; *et al.*, | |
| Defendants. | |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action that was brought under 8 U.S.C. § 1447(b) without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to approve Plaintiff's application for naturalization and issue an oath ceremony notice and agrees to do so within 14 days of the dismissal of this action, provided Plaintiff does not commit a disqualifying act in the interim.

Each of the parties shall bear their own costs and fees.

///

///

///

///

Stip. to Dismiss
C07-4601 JF                                                             1

| | |
|---|---|
| Date: November 30, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: November 30, 2007 | /s/<br>NAVEEN KUMAR JAIN<br>*Pro se* |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

JEREMY FOGEL
United States District Judge

Stip. to Dismiss
C07-4601 JF                                   2