1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12  NAVEEN KUMAR JAIN,                ) No. C 07-4601 JF
                                      )
13           Plaintiff,                ) **STIPULATION TO DISMISS; AND**
                                      ) **[PROPOSED] ORDER**
14       v.                           )
                                      )
15  MICHAEL CHERTOFF, Secretary of the )
    Department of Homeland Security; *et al.*, )
16                                    )
             Defendants.              )
17  _____ )

18      Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

19  stipulate, subject to the approval of the Court, to dismissal of the above-entitled action that was

20  brought under 8 U.S.C. § 1447(b) without prejudice in light of the fact that the United States

21  Citizenship and Immigration Services is now prepared to approve Plaintiff's application for

22  naturalization and issue an oath ceremony notice and agrees to do so within 14 days of the

23  dismissal of this action, provided Plaintiff does not commit a disqualifying act in the interim.

24      Each of the parties shall bear their own costs and fees.

25  ///

26  ///

27  ///

28  ///

Stip. to Dismiss
C07-4601 JF                                    1

Date: November 30, 2007                Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney


                                       _____/s/_____
                                       ILA C. DEISS
                                       Assistant United States Attorney
                                       Attorneys for Defendants


Date: November 30, 2007                _____/s/_____
                                       NAVEEN KUMAR JAIN
                                       *Pro se*


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   12/5/07                        _____
                                       JEREMY FOGEL
                                       United States District Judge